People of State of Illinois, Defendant in Error, v. Frank Allen, Plaintiff in Error.

Gen. No. 10,546. 

 

Russell J. Goldman, for plaintiff in error; Carl A. Swenson, of counsel; Robert R. Canfield, for defendant in error; Dale F. Conde, of counsel. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed February 1, 1952; released for publication February 19, 1952.